```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

Xianwu Lin,                        :

    Plaintiff,                 :

  v.                              :      Case No. 2:14-cv-2647

                                                       :      JUDGE ALGENON L. MARBLEY
Cube Karaoke LLC, et al.,          :      Magistrate Judge Kemp

    Defendants.                :

## ORDER

    Counsel for defendants filed a motion for leave to withdraw on May 31, 2016.  By order dated June 1, 2016, the defendants were directed to file any opposing memorandum within 21 days and advised that the failure to file such a memorandum may be grounds for granting the motion.  No opposing memorandum has been filed. The motion to withdraw sets forth good cause and the motion (Doc. 31) is therefore granted.

    Plaintiff filed a motion to stay proceedings pending adjudication of the motion to enforce the settlement agreement filed in the Franklin County Court of Common Pleas.  The unopposed motion sets forth good cause and the motion (Doc. 33) is therefore granted.  This case is stayed for 90 days. Plaintiff shall file a written status report by October 7, 2016.


                                                        /s/ Terence P. Kemp
                                                        United States Magistrate Judge