IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Xianwu Lin,                          :

    Plaintiff,                    :

  v.                                 :         Case No. 2:14-cv-2647

                                                :         JUDGE ALGENON L. MARBLEY
Cube Karaoke LLC, et al.,                      Magistrate Judge Kemp

    Defendants.                   :

## ORDER

In light of the status report filed by plaintiff on September 15, 2016, the stay previously entered in this case is lifted.  Plaintiff shall file a motion to enforce the settlement agreement within fourteen days of the date of this order.  Any opposing memorandum shall be filed in accordance with Local Civil Rule 7.2.

                                              /s/ Terence P. Kemp
                                              United States Magistrate Judge